DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY HOLLAND,**
Appellant,

v.

**RIC L. BRADSHAW,** as Sheriff of Palm Beach County,
Appellee.

No. 4D14-383

[January 28, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Catherine M. Brunson, Judge; L.T. Case No. 2011CA 012413 AO.

Gregory Holland, Century, pro se.

Harriet R. Lewis of Lewis Stroud & Deutsch, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

STEVENSON, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***